**Kenneth COOK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60208.**

Missouri Court of Appeals,
Western District.

May 14, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Application for Transfer Denied
Aug. 27, 2002.

Susan L. Hogan, Kansas City, MO, for Appellant.

John M. Morris, III, Andrea Mazza Follett, Jefferson City, MO, for Respondents.

Before BRECKENRIDGE, P.J., LOWENSTEIN and SMART, JJ.

***ORDER***

PER CURIAM.

Kenneth J. Cook appeals from the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Cook was convicted of one count of kidnapping and three counts of armed-criminal

action. In deciding his sole point, the Court of Appeals determined that the movant is not entitled to relief for his counsel's failure to investigate, interview and depose a prosecution witness, or in failing to move for a continuance after learning that the State intended to call that witness to testify at trial. The judgment of the motion court is affirmed. Rule 84.16(b).